USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 9/19/2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**SHIQIANG GAO, et al.,**

**Plaintiffs,**

**-against-**

**UMI SUSHI, INC., et al.,**

**Defendants.**

**---------------------------------------------------------------X**

**18-CV-06439 (ALC)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On September 14, 2019, Defendants filed a motion for discovery sanctions against Plaintiffs. Under the Court's Individual Rules, Plaintiffs were required to file a response no later than Wednesday, September 18, 2019. Plaintiffs have failed to do so. Accordingly, Plaintiffs are ORDERED to file a response to Defendant's September 14 motion by Monday, September 23, 2019. In addition to responding to the merits of Defendants' claims, Plaintiffs shall update the Court on the status of Plaintiff Shiqiang Gao's deposition.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 19, 2019
New York, New York