UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHIQIANG GAO, et al.,

                              **Plaintiffs,**                **18-CV-6439 (ALC)(SN)**

       **-against-**                                            **ORDER**

UMI SUSHI, INC., et al.,

                              **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On October 4, 2019, this Court granted in part and denied in part Defendants' motion for discovery sanctions, awarding Defendants attorney's fees for the cost of that motion. ECF No. 55. The Court also established a schedule by which the parties were to submit letters if they could not agree on the amount of the fees. Id. On October 18, 2019, Defendants filed a letter motion to compel legal fees. ECF No. 57. On the same date, Plaintiffs filed objections to the District Judge to the Court's October 4, 2019 Order awarding fees. ECF No. 56.

       Accordingly, the Court STAYS the deadline for Plaintiffs to file a response to Defendants' letter motion pending resolution of the objection. Plaintiffs are ORDERED to file any response within seven days of Judge Carter's ruling on the objection. The deadline to file a pre-motion for summary judgment letter with Judge Carter remains November 4, 2019.

**SO ORDERED.**

                                                                               SARAH NETBURN
                                                                               United States Magistrate Judge

DATED:     October 31, 2019
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2019