USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/18/19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------- x

SHIQIANG GAO and JIANMIN PENG,

                  **Plaintiffs,**

       **-against-**

UMI SUSHI, INC., ET AL.,

                  **Defendants.**

----------------------------------------------------- x

**1:18-cv-06439 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiffs' letter dated October 18, 2019, objecting to Judge Netburn's imposition of sanctions. ECF No. 56. Defendants' are hereby ordered to respond Plaintiff's letter on or before **November 20, 2019.**

The Court is also in receipt of Defendants' letter dated November 4, 2019, requesting a pre-motion conference concerning their anticipated motion for summary judgment. ECF No. 59. Per this Court's Individual Rules, upon the filing of such a letter motion, the opposing party must within three business days submit a letter, not to exceed three pages, setting forth its position. Accordingly, Plaintiffs are **ORDERED** to respond to Defendants' letter motion on or before **November 20, 2019**.

**SO ORDERED.**

Dated:    **November 18, 2019**
           **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**