**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
GAO, ET AL.,                                    :   USDC SDNY
                                                :   DOCUMENT
                        Plaintiffs,             :   ELECTRONICALLY FILED
                                                :   DOC#: _____
                                                :   DATE FILED: 10/23/2020
        v.                                      :   18-cv-06439 (ALC)(SN)
                                                :
                                                :   ORDER
UMI SUSHI, INC., ET AL.,                        :
                                                :
                                                :
                        Defendants.             :
------------------------------------------------------------------: x
```

**ANDREW L. CARTER, JR., District Judge:**

The Parties' request to file a pre-trial order by Friday, November 20, 2020 is hereby GRANTED. The Parties are also ORDERED to file a joint status report on that same date.

**SO ORDERED.**

**Dated: October 23, 2020**

    **New York, New York**

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**