| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | USDC SDNY |
| **SOUTHERN DISTRICT OF NEW YORK** | DOCUMENT |
| | ELECTRONICALLY FILED |
| | DOC#: _____ |
| | DATE FILED: __11/23/2020__ |

------------------------------------------------------------x
    GAO, ET AL.,                                                 :

                         **Plaintiffs,**     :

                                                  :     **1:18-cv-06439 (ALC) (SN)**

              -against-                           :

                                                  :     **ORDER**

    UMI SUSHI, INC., ET AL.,                      :

                               **Defendants.**      :

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On November 20, 2020, counsel for Defendants Umi Sushi Inc. and Luo Kun Zheng, Michael Brand and Vincent Wong, of the Law Offices of Vincent S. Wong, filed a motion to withdraw. ECF No. 81-83. The accompanying affirmation of Michael Brand, dated November 20, 2020, explains that the law firm was fired by Defendants. ECF No. 82 at 38. Both the motion to withdraw and affirmation were served on Defendants. ECF No. 83.

Subsequently, Plaintiffs filed a request for an extension of time to file the Joint Pretrial Order in light of the pending motion to withdraw. ECF No. 84. Plaintiffs indicated that they "may respond to Defense counsels' motion by December 4, 2020". ECF No. 84 at 1.

The Court hereby SUSPENDS the deadline for the Joint Pretrial Order *sine die*. The Clerk of Court is therefore respectfully directed to close ECF No. 84. Plaintiffs are ORDERED to file any response to the motion to withdraw by November 30, 2020, after which date the Court will decide the motion to withdraw. Counsel for Defendants is directed to serve this Order on Defendants and file proof of service by November 30, 2020.

**SO ORDERED.**
**Dated:**  November 23, 2020
          New York, New York                         **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**