```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
```
                                                         USDC SDNY
                                                         DOCUMENT
                                                         ELECTRONICALLY FILED
                                                         DOC#: _____
                                                         DATE FILED: 1/7/2021
```

-----------------------------------------------------------x
GAO, ET AL.,
                      **Plaintiffs,**

      v.                                    **1:18-cv-06439-ALC-SN**
                                              **ORDER**

UMI SUSHI, INC., ET AL.,

                    **Defendants.**
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., District Judge:**

On January 5, 2021, Plaintiffs filed a Motion to Strike without seeking prior approval of the Court. ECF Nos. 92-94. This Court's Individual Practices require a party to request a pre-motion conference to seek leave to file a motion of this sort. Individual Practices of Andrew L. Carter Jr., ¶ 2. The Clerk of Court is therefore respectfully directed to strike documents number 92, 93, and 94 from the docket, but retain the summary docket text for the record. Plaintiffs are directed to file a pre-motion conference letter.

**SO ORDERED.**
**Dated: January 7, 2020**
        **New York, New York**

                                                              **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**