USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHIQIANG GAO, et al.,

                              **Plaintiffs,**                    18-CV-6439 (ALC)(SN)

       -against-                                          **ORDER**

UMI SUSHI, INC., et al.,

                              **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties shall file a joint letter no later than February 16, 2021, which shall discuss the status of the litigation, whether the corporate Defendant has retained new counsel, and a proposed filing date for a proposed pretrial order.

**SO ORDERED.**

                                                                  _____
                                                                  SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:     February 9, 2021
                New York, New York