```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  3/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------:x
GAO, ET AL.,                                            :
                                                        :
                         Plaintiffs,                    :
                                                        :    1:18-CV-06439-ALC-SN
         v.                                             :    **ORDER**
                                                        :
UMI SUSHI, INC. ET AL.,                                 :
                                                        :
                         Respondent.                    :
                                                        :
-----------------------------------------------------------------:x

**ANDREW L. CARTER, JR., District Judge:**

Plaintiffs indicated that they intended to move to strike the answer by Defendants. ECF No. 97. To date, no pre-motion conference letter has been filed. Plaintiffs are ORDERED to file such letter no later than April 13, 2021.

**SO ORDERED.**
**Dated: March 23, 2021**
    **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**