**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Shiqiang Gao, on his own behalf and on behalf
of others similarly situated, and Jianmin Peng,

                     Plaintiffs,

                                                         18 **CIVIL** 6439 (ALC)(SN)

        -against-                                          **DEFAULT JUDGMENT**

Umi Sushi, Inc., et al.,
                   Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated June 10, 2022, Plaintiffs' Motion to Strike at ECF No. 101 is GRANTED. Default judgment is entered against Defendants Umi Sushi, Inc. d/b/a Umi Sushi and Luo Kun Zheng.

**DATED**: New York, New York
           June 15, 2022

                                                 **RUBY J. KRAJICK**
                                                   **Clerk of Court**

                                **BY:** _K. Mango_
                                                   **Deputy Clerk**