```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHIQIANG GAO, et al.,

                          **Plaintiffs,**                       18-CV-06439 (ALC)(SN)

        -against-                                        **ORDER**

UMI SUSHI, INC., et al.,

                         **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On July 14, 2022, Plaintiffs submitted their proposed findings of fact and conclusions of law. ECF No. 113. Defendants Umi Sushi Inc. and Luo Kun Zheng were served via mail on July 18, 2022. ECF Nos. 118 & 119. Pursuant to the Court's scheduling order (ECF No. 112), Defendants' response was due on August 17, 2022. Because Defendants have failed to respond, the Court deems the matter fully briefed. The Court will address the matter in due course.

**SO ORDERED.**

                                                               _____
                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:      New York, New York
                 August 25, 2022