**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
SHIQIANG GAO and JIANMIN PENG,

                              Plaintiffs,                                    18 **CIVIL** 6439 (ALC)(SN)


                -against-                                                            **JUDGMENT**


UMI SUSHI, INC. d/b/a Umi Sushi; LIN XIE
CORP. d/b/a Dai Hachi Sushi; DAI HACHI
SUSHI CORPORATION d/b/a Dai Hachi Sushi;
LUO KUN ZHENG, and LING XIE,
                              Defendants.
----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Order dated February 17, 2023, in light of the lack of any objections to the Report and Recommendation

and the fact that Court finds no clear error in the record, the Court has adopted the Report and Recommendation

in its entirety. Defendants are liable for $206,103.76 plus applicable interest, as follows: (1) $13,050.55 in back

pay and spread-of-hours damages to Plaintiff Gao, plus nine percent prejudgment simple interest, calculated

from January 26, 2018, to the date of judgment, in the amount of $5,959.63; (2) $72,708.68 in back pay and

spread-of-hours damages to Plaintiff Peng, plus nine percent prejudgment simple interest, calculated from

February 8, 2017, to the date of judgment, in the amount of $39,513.68; (3) $13,050.55 in liquidated damages to

Plaintiff Gao; (4) $72,708.68 in liquidated damages to Plaintiff Peng; (5) $32,466.68 in attorneys' fees; and (6)

$2,118.62 in costs. Post-judgment interest shall be calculated from the day the Clerk of Court enters judgment

until the date of payment by Defendants, using the federal interest rate set forth in 28 U.S.C. § 1961;

accordingly, the case is closed.

**Dated:** New York, New York
            February 21, 2023


                                        **RUBY J. KRAJICK**

                              _____
                                        **Clerk of Court**

                    **BY:**        K. Mango

                              _____
                                        **Deputy Clerk**