**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

SHIQIANG GAO and JIANMIN PENG,

                      Plaintiffs,

-against-

UMI SUSHI, INC. d/b/a Umi Sushi; LIN XIE
CORP. d/b/a Dai Hachi Sushi; DAI HACHI
SUSHI CORPORATION d/b/a Dai Hachi Sushi;
LUO KUN ZHENG, and LING XIE,

                      Defendants.

-------------------------------------------------------------X

18 CIVIL 6439 (ALC)(SN)

**JUDGMENT**

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 17, 2023, in light of the lack of any objections to the Report and Recommendation and the fact that Court finds no clear error in the record, the Court has adopted the Report and Recommendation in its entirety. Defendants are liable for $206,103.76 plus applicable interest, as follows: (1) $13,050.55 in back pay and spread-of-hours damages to Plaintiff Gao, plus nine percent prejudgment simple interest, calculated from January 26, 2018, to the date of judgment, in the amount of $5,959.63; (2) $72,708.68 in back pay and spread-of-hours damages to Plaintiff Peng, plus nine percent prejudgment simple interest, calculated from February 8, 2017, to the date of judgment, in the amount of $39,513.68; (3) $13,050.55 in liquidated damages to Plaintiff Gao; (4) $72,708.68 in liquidated damages to Plaintiff Peng; (5) $32,466.68 in attorneys' fees; and (6) $2,118.62 in costs. Post-judgment interest shall be calculated from the day the Clerk of Court enters judgment until the date of payment by Defendants, using the federal interest rate set forth in 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:** New York, New York
        February 21, 2023

                                                **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                         **BY:**    *K. Mango*

                                                    **Deputy Clerk**