UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

**SHIQIANG GAO AND JIANMIN PENG,**

                        **Plaintiffs,**

        -against-

**UMI SUSHI, et al,**

                        **Defendants.**

---------------------------------------------------------------- x

18-cv-06439 (ALC) (SN)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

      Plaintiff is ORDERED to file a status report as to whether, in light of this Court's issuance of an amended judgment, ECF No. 131, this case can be closed, or whether Plaintiff intends to pursue claims against Defendants Lin Xie Corp., Dai Hachi Sushi Corp. and Ling Xie. Such a showing must be made in writing by **February 16, 2024**.

**SO ORDERED.**

**Dated:**   **February 14, 2024**
           **New York, New York**

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**